UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Jerry Colon,

                                 Petitioner,

                 -against-

Mark Miller, Superintendent of the Green Haven
Correctional Facility,

                                 Respondent.

-------------------------------------------------------------

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/17/2024

23-cv-5597-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

         In reviewing the New York State Department of Corrections and Community Supervision inmate locator database, the Court discovered that Petitioner is listed as having died on February 12, 2024. *See Incarcerated Lookup*, DEP'T OF CORR. & CMTY. SUPERVISION, https://nysdoccslookup.doccs.ny.gov (search DIN 18-A-1400) (last visited May 16, 2024).

         Within two weeks of the filing of this Order, Respondent is hereby **ORDERED** to submit a letter, not to exceed three pages in length, confirming whether Petitioner has died, and informing the Court of its position on whether Petitioner's death renders this case moot.

         The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and to show proof of service on the docket.

         **SO ORDERED.**

DATED:      White Plains, New York
               May 17, 2024

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge