**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JERRY COLON,

                Plaintiff,                      23 **CIVIL** 5597 (NSR)(VR)

     -against-                         **JUDGMENT**

MARK MILLER, SUPERINTENDENT OF
GREEN HAVENCORRECTIONAL FACILTY,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated August 7, 2025, the Court has adopted MJ Reznik's R & R in its entirety. In accordance with the R & R, the Petition is dismissed as moot; accordingly, the case is closed.

**Dated:**  New York, New York
         August 7, 2025

                                               **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                      **BY:**        K. Mango

                                                    **Deputy Clerk**